1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

FILED

JUN 13 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0366 SI |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME FROM JUNE |
| ) | 8, 2011 TO JUNE 15, 2011 FROM |
| VERNON ELLIOTT WHITE, ) | CALCULATIONS UNDER THE SPEEDY |
| ) | TRIAL ACT |
| Defendant. ) | (18 U.S.C. § 3161) |

   Rita Bosworth, Assistant Federal Public Defender, representing the defendant, who did not appear, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable Elizabeth D. Laporte June 8, 2011 for an arraignment on the indictment. The defendant was not brought to Court due to his illness. The defense requested a continuance to June 15, 2011 and the Court ordered the matter continued for an arraignment on June 15, 2011.

   The parties agreed that time should be excluded under the Speedy Trial Act between June 8, 2011 and June 15, 2011 for purposes of effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct an investigation, and

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0159 JSW

1 consult with the defendant. In addition, the defendant agrees to exclude for this period of time
2 any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the
3 continuance, in order to provide defense counsel with adequate time to review the discovery,
4 conduct additional investigation, and consult with the defendant, is necessary for effective
5 preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
6 The parties also agree that the ends of justice served by granting such a continuance outweigh the
7 best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
8     The parties also agree that time is properly excluded under the Speedy Trial Act for delay
9 resulting from the fact that the defendant is physically unable to stand trial. 18 U.S.C. §
10 3161(h)(4).

12 SO STIPULATED:

MELINDA HAAG
United States Attorney

15 DATED: June 9, 2011         /S/
                              CYNTHIA M. FREY
                              Assistant United States Attorney

18 DATED: June 9, 2011         /S/
                              RITA BOSWORTH
                              Attorney for DONTE MOORE

1   Based upon the representation of counsel and for good cause shown, the Court also finds
2   that failing to exclude the time between June 8, 2011 and June 15, 2011 would unreasonably
3   deny the defendant and counsel the reasonable time necessary for effective preparation, taking
4   into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further
5   finds that the ends of justice served by excluding the time between June 8, 2011 and June 15,
6   2011 from computation under the Speedy Trial Act outweigh the best interests of the public and
7   the defendant in a speedy trial. The Court also finds that time is appropriately excluded under the
8   Speedy Trial Act for delay resulting from the fact that the defendant is physically unable to stand
9   trial. 18 U.S.C. § 3161(h)(4).
10  Therefore, IT IS HEREBY ORDERED that the time between June 8, 2011 and June 15,
11  2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.
12  §§ 3161(h)(4), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

DATED: June 13, 2011

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0159 JSW                              -3-