1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

FILED

JUN 17 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 11-0366 SI
14                                  )
        Plaintiff,                  )
15                                  )   STIPULATION AND [PROPOSED]
        v.                          )   ORDER EXCLUDING TIME FROM JUNE
16                                  )   15, 2011 TO JUNE 30, 2011 FROM
   VERNON ELLIOTT WHITE,            )   CALCULATIONS UNDER THE SPEEDY
17                                  )   TRIAL ACT
        Defendant.                  )   (18 U.S.C. § 3161)
18  _____)

19

20      Rita Bosworth, Assistant Federal Public Defender, representing the defendant, who did

21  not appear, and the government, represented by Cynthia Frey, Assistant United States Attorney,

22  appeared before the Honorable Elizabeth D. Laporte June 15, 2011 for an arraignment on the

23  indictment. The defendant was not brought to Court due to his illness. The defense requested a

24  continuance to June 30, 2011 and the Court ordered the matter continued for an arraignment on

25  June 30, 2011.

26      The parties agreed that time should be excluded under the Speedy Trial Act between June

27  15, 2011 and June 30, 2011 for purposes of effective preparation of counsel, in order to provide

28  defense counsel with adequate time to review the discovery, conduct an investigation, and

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0159 JSW

1 | consult with the defendant. In addition, the defendant agrees to exclude for this period of time
2 | any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the
3 | continuance, in order to provide defense counsel with adequate time to review the discovery,
4 | conduct additional investigation, and consult with the defendant, is necessary for effective
5 | preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
6 | The parties also agree that the ends of justice served by granting such a continuance outweigh
7 | the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
8 | The parties also agree that time is properly excluded under the Speedy Trial Act for delay
9 | resulting from the fact that the defendant is physically unable to stand trial. 18 U.S.C.
10 | § 3161(h)(4).

11

12 | SO STIPULATED:

13 |           MELINDA HAAG
          United States Attorney

14

15

16 | DATED: June 15, 2011                 /s/
                                 CYNTHIA M. FREY
                                 Assistant United States Attorney

17

18

19 | DATED: June 15, 2011                 /s/
                                 RITA BOSWORTH
                                 Attorney for VERNON ELLIOTT WHITE

20

1 | Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between June 15, 2011 and June 30, 2011 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 15, 2011 and June 30, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that time is appropriately excluded under the Speedy Trial Act for delay resulting from the fact that the defendant is physically unable to stand trial. 18 U.S.C. § 3161(h)(4).

Therefore, IT IS HEREBY ORDERED that the time between June 15, 2011 and June 30, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(4), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

DATED: June 16, 2011

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0159 JSW                                        -3-