1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | CYNTHIA M. FREY  (CABN 150571)
Assistant United States Attorney
5 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7200
Fax: (415) 436-7234
7 | E-Mail: cynthia.frey@usdoj.gov

8 | Attorneys for Plaintiff

9
UNITED STATES DISTRICT COURT
10
NORTHERN DISTRICT OF CALIFORNIA
11
SAN FRANCISCO DIVISION
12

13
UNITED STATES OF AMERICA, ) No. CR 11-0366 SI
14 )
Plaintiff, )
15 ) STIPULATION AND [PROPOSED]
v. ) ORDER EXCLUDING TIME FROM JUNE
16 ) 30, 2011 TO JULY 20, 2011 FROM
VERNON ELLIOTT WHITE, ) CALCULATIONS UNDER THE SPEEDY
17 ) TRIAL ACT
Defendant. ) (18 U.S.C. § 3161)
18 )

19

20 | Rita Bosworth, Assistant Federal Public Defender, representing the defendant, Vernon

21 | Elliott White, and the government, represented by Cynthia Frey, Assistant United States

22 | Attorney, appeared before the Honorable Bernard Zimmerman on June 30, 2011 for an

23 | arraignment on the Indictment. The defense requested that the matter be set for an initial

24 | appearance before the Honorable Maxine M. Chesney on July 20, 2011.

25 | The parties agreed that time should be excluded under the Speedy Trial Act between June

26 | 30, 2011 and July 20, 2011 for purposes of effective preparation of counsel, in order to provide

27 | defense counsel with adequate time to review the discovery, conduct an investigation, and

28 | consult with the defendant. In addition, the defendant agrees to exclude for this period of time

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0159 JSW

1  any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the

2  continuance, in order to provide defense counsel with adequate time to review the discovery,

3  conduct additional investigation, and consult with the defendant, is necessary for effective

4  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

5  The parties also agree that the ends of justice served by granting such a continuance outweigh the

6  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7

8  SO STIPULATED:

9                                              MELINDA HAAG
                                               United States Attorney
10

11
   DATED: July 5, 2011                         _____/s/_____
12                                             CYNTHIA M. FREY
                                               Assistant United States Attorney
13

14
   DATED: July 5, 2011                         _____/s/_____
15                                             RITA BOSWORTH
                                               Attorney for VERNON ELLIOTT WHITE
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0159 JSW                            -2-

1   Based upon the representation of counsel and for good cause shown, the Court also finds

2   that failing to exclude the time between June 30, 2011 and July 20, 2011 would unreasonably

3   deny the defendant and counsel the reasonable time necessary for effective preparation, taking

4   into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further

5   finds that the ends of justice served by excluding the time between June 30, 2011 and July 20,

6   2011 from computation under the Speedy Trial Act outweigh the best interests of the public and

7   the defendant in a speedy trial.

8

9

10

11   DATED: 11 July 11

     HONORABLE BERNARD ZIMMERMAN
12   United States Magistrate Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28