1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (CABN 150571)
   Assistant United States Attorney
5    450 Golden Gate Ave., Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7200
     Fax: (415) 436-7234
7    E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )    No. CR 11-0366 SI
14                                  )
          Plaintiff,                )
15                                  )    STIPULATION AND [PROPOSED]
       v.                           )    ORDER EXCLUDING TIME FROM JUNE
16                                  )    30, 2011 TO JULY 20, 2011 FROM
   VERNON ELLIOTT WHITE,            )    CALCULATIONS UNDER THE SPEEDY
17                                  )    TRIAL ACT
          Defendant.                )    (18 U.S.C. § 3161)
18                                  )

19

20        Rita Bosworth, Assistant Federal Public Defender, representing the defendant, Vernon

21 Elliott White, and the government, represented by Cynthia Frey, Assistant United States

22 Attorney, appeared before the Honorable Bernard Zimmerman on June 30, 2011 for an

23 arraignment on the Indictment. The defense requested that the matter be set for an initial

24 appearance before the Honorable Maxine M. Chesney on July 20, 2011.

25        The parties agreed that time should be excluded under the Speedy Trial Act between June

26 30, 2011 and July 20, 2011 for purposes of effective preparation of counsel, in order to provide

27 defense counsel with adequate time to review the discovery, conduct an investigation, and

28 consult with the defendant. In addition, the defendant agrees to exclude for this period of time

   STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
   CR 11-0159 JSW

any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance, in order to provide defense counsel with adequate time to review the discovery, conduct additional investigation, and consult with the defendant, is necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: July 5, 2011

/s/
CYNTHIA M. FREY
Assistant United States Attorney

DATED: July 5, 2011

/s/
RITA BOSWORTH
Attorney for VERNON ELLIOTT WHITE

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0159 JSW                          -2-

1   Based upon the representation of counsel and for good cause shown, the Court also finds
2   that failing to exclude the time between June 30, 2011 and July 20, 2011 would unreasonably
3   deny the defendant and counsel the reasonable time necessary for effective preparation, taking
4   into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further
5   finds that the ends of justice served by excluding the time between June 30, 2011 and July 20,
6   2011 from computation under the Speedy Trial Act outweigh the best interests of the public and
7   the defendant in a speedy trial.

DATED: 14/July/11

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0159 JSW                           -3-