1 | BARRY J. PORTMAN
Federal Public Defender
2 | RITA BOSWORTH
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
19th Floor Federal Building–Box 36106
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant VERNON WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-11-366 MMC |
|---|---|---|
| Plaintiff, | ) | **UNOPPOSED MOTION AND** |
| | ) | ~~[PROPOSED]~~ **ORDER TO CONTINUE** |
| vs. | ) | **HEARING** |
| | ) | |
| | ) | Current Date: July 20, 2011, at 2:30 p.m. |
| VERNON WHITE | ) | Proposed Date: August 3, 2011 at 2:30 p.m. |
| | ) | |
| Defendant. | ) | |

1. Mr. White was indicted on June 7, 2011. He was scheduled to be arraigned on June 8, 2011, and June 15, 2011, however, due to his medical conditions, which are numerous and severe, he was unable to make it to court on either date.[1] He was eventually arraigned on June 30, 2011, and his initial appearance in District Court was set for July 20.

2. Mr. White has been housed in the infirmary at Santa Rita Jail since his incarceration in this case, and he has been treated for his multitude of medical issues at various hospitals in the area. Undersigned defense counsel has not had an opportunity to meet with him

---

[1] Mr. White suffers from Marfan's syndrome, an inherited genetic disease that destroys the connective tissue in his body. He also suffers from epilepsy, prostatitis, and, most recently, incessant bleeding from his penis, which the doctors believe could be cancer.

Unopposed Motion. & [Proposed] Order to
Continue Hearing;
*United States v. White,* CR 11-366 MMC        1

1  in jail yet.

2      3.    Mr. White informed undersigned defense counsel that he has a surgical procedure scheduled for Thursday, July 21, with his pre-operative appointment on Wednesday, July 20. Over the past several weeks, Mr. White has been experiencing significant bleeding from his penis. The doctor intends to take a sample of cells from his penis and attempt to determine why he has been experiencing the bleeding. Defense counsel confirmed with Highland Hospital that Mr. White indeed has appointments on July 20 and July 21.

    4.    In light of his medical appointments, Mr. White requests that the Court continue his hearing to August 3. The government has no objection to this request. Mr. White agrees that an exclusion of time from July 20, 2011, to August 3, 2011, is appropriate on the basis of continuity of counsel as well as pursuant to 18 U.S.C. § 3161(h)(1)(a), delay resulting from any examination to determine the physical capacity of the defendant.

Respectfully submitted,

BARRY PORTMAN
Federal Public Defender

7/18/11                                                                              /s/
_____              _____
   DATED                                    RITA BOSWORTH
                                                   Assistant Federal Public Defender

    Mr. White's hearing shall be re-scheduled for _____ August 3 , 2011, at 2:30

Unopposed Motion. & [Proposed] Order to
Continue Hearing;
*United States v. White,* CR 11-366 MMC          2

p.m.  Time shall be excluded from July 20, 2011, to August 3, 2011, for the bases stated in this motion.

IT IS SO ORDERED.

_July 19, 2011_____
DATED

_____
MAXINE CHESNEY
United States District Judge